ELSIE ELAINE WEISBECKER, Appellant, v. CHARLES WEISBECKER, Respondent. — Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. HARRY GREENBERG and Others, Appellants, Inpleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of the SUPERINTENDENT OF BANKS, Appellant, for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. Claim of GERTIE GOLDBERG, No. 6C12, 6–1448. GERTIE GOLDBERG, Claimant, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion for a preference denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Untermyer, JJ.

MARY GITTINGS BATTELLE, Respondent, v. THOMAS P. BATTELLE, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET KLEIN, Appellant, v. WARDEN OF THE HOUSE OF DETENTION FOR WOMEN, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and sustain the writ.

In the Matter of Supplementary Proceedings: GLOBE INDEMNITY COMPANY, Judgment Creditor, Appellant, v. PARK-LEXINGTON CORPORATION, Judgment Debtor, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of LEON A. FISCHEL, Attorney, Respondent, to Determine and Enforce a Lien for Services Rendered to RAY ENTENBERG, Plaintiff in an Action Entitled Entenberg v. Goodman, against IRVING GOODMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

WILLARD MACK, Appellant, v. CENTURY PLAY COMPANY, INC., Respondent.— Judgment affirmed, with costs *nunc pro tunc* as of November 1, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE B. F. GOODRICH RUBBER COMPANY and Another, Appellants, v. ABRAHAM WAGNER and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.